UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

NO. 7:21-CR-00109-D-001

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TELLSHEKA TOWNSELL ) | |
| ) | |
| Defendant ) | |
| ) | |

Before the Court is a Motion to Seal the Defendant's Motion to Continue Sentencing. The Court finds that the Motion to Continue contains sensitive information, and that the public's right to access the Motion is outweighed by competing social and governmental interests. The Court further finds that there is no less drastic alternative to sealing under the circumstances.

NOW, THEREFORE, the Motion to Seal is GRANTED. The Clerk is DIRECTED to maintain the Motion to Continue Sentencing under seal.

SO ORDERED, this _26_ day of _January_, 2022.

JAMES C. DEVER III
United States District Judge