UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

NO. 7:21-CR-00109-D-001

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TELLSHEKA TOWNSELL | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

This matter comes before the Court on the Defendant's Sealed Motion to Continue her Sentencing hearing (dated July 30, 2022). Upon consideration of the circumstances and for the reasons and good cause shown, the motion is allowed and GRANTED. Defendant's sentencing is continued for 30 days to a term no earlier than the _September_ 2022 Term of Court.

The delay occasioned by this continuance is excluded from Speedy Trial Act computation pursuant to 18 USC 3161(h)(7)(A) for the reason that the interests of justice outweigh the interests of the public and the defendant in a speedy trial.

SO ORDERED, this _2_ day of _August_, 2022.

JAMES C. DEVER, III
United States District Judge