UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Tellsheka Sandria Townsell                                     Docket No. 7:21-CR-109-1D

**Petition for Action on Supervised Release**

COMES NOW Kristyn Super, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tellsheka Sandria Townsell, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 400 Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl, 100 Grams or More of a Mixture and Substance Containing a Detectable Amount of Heroin, 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of PCP, and 500 Grams or More of Cocaine, in violation of 21 U.S.C. §§ 846, 841(b)(1)(A), and 841(a)(1), and Possession With Intent to Distribute 40 Grams or More of a Mixture or Substance Containing a Detectable Amount of Fentanyl, a Quantity of a Mixture of a Substance Containing a Detectable Amount of Heroin, 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of PCP, and a Quantity of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on November 21, 2022, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Tellsheka Sandria Townsell was released from custody on January 8, 2025, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is motivated to be highly successful during her term of supervised release and is committed to showing the court that she is a prosocial and law-abiding individual. Therefore, it is recommended that the defendant participate in Moral Reconation Therapy, which will increase her likelihood of success on supervision.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kristyn Super
Kristyn Super
Senior U.S. Probation Officer
Phone: 910-346-5104
Executed On: September 3, 2025

Tellsheka Sandria Townsell
Docket No. 7:21-CR-109-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __4__ day of __September__, 2025, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge